# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY SYON,

    Petitioner,

vs.

BILL DONAT, et al.,

    Respondents.

Case No. 3:08-CV-00331-LRH-(VPC)

**ORDER**

    Petitioner having submitted a Request for Enlargement of Time (First Request) (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Request for Enlargement of Time (First Request) (#9) is **GRANTED**. Petitioner shall have through October 27, 2008, to comply with the Court's Order (#7). Failure to comply will result in the dismissal of this action.

    DATED this 2nd day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE