AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ANTHONY SYON,

       Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER: **3:08-cv-00331-LRH-VPC**

BILL DONAT, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely.

   January 30, 2009                                        **LANCE S. WILSON**
                                                                 Clerk

                                                             /s/ Kalani Lizares
                                                                 Deputy Clerk